JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN STRETCH (CABN 163973)
Chief, Criminal Division

KATHRYN R. HAUN (DCBN 484131)
    Assistant United States Attorney
450 Golden Gate Avenue
San Francisco, California 94102
Telephone: (415) 436-6740
E-Mail: Kathryn.Haun@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. CR 10-0442 RS |
| Plaintiff, | ) | |
| v. | ) | [PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM JUNE 15, 2010, TO JULY 13, 2010 |
| CHRISTOPHER PUCKETT, | ) | |
| Defendant. | ) | |

      The parties appeared before the Honorable Richard Seeborg on June 15, 2010. On the motion of the parties, the Court found and held as follows:

      1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from June 15, 2010, to July 13, 2010, in light of the need for defendant's counsel to conduct further investigation of facts relevant to this matter. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for counsel to conduct further investigation.

[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from June 15, 2010, to July 13, 2010, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from June 15, 2010, to July 13, 2010, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: June 15, 2010                                /s/
                                                     RITA BOSWORTH
                                                     Counsel for Defendant

DATED: June 15, 2010                                /s/
                                                     KATHRYN R. HAUN
                                                     Assistant United States Attorney

IT IS SO ORDERED.

DATED: 6/15/10

THE HON. RICHARD SEEBORG
United States District Court Judge

[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME

2