1 | BARRY J. PORTMAN
Federal Public Defender
2 | RITA BOSWORTH
Assistant Federal Public Defender
3 | 19th Floor Federal Building
450 Golden Gate Avenue
4 | San Francisco, CA 94102
Telephone: (415) 436-7700
5 |
Counsel for Defendant PUCKETT
6 |

7 |                IN THE UNITED STATES DISTRICT COURT

8 |            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9 |

10 | UNITED STATES OF AMERICA,            )    No. CR-10-442 RS
                                        )
11 |           Plaintiff,                )    STIPULATION AND [PROPOSED]
                                        )    ORDER TO CONTINUE HEARING
12 |      v.                             )
                                        )    Current date: December 14, 2010 at 2:30
13 | CHRISTOPHER PUCKETT,                )    Proposed date: February 1, 2010, at 2:30
                                        )
14 |           Defendant.               )
     _____)

15 |

16 | 1.    Mr. Puckett pled guilty to possession with intent to distribute more than 5 grams of crack

17 |       cocaine on September 28, 2010.  His sentencing hearing was scheduled for December 14,

18 |       2010.

19 | 2.    On October 15, 2010, Magistrate Judge Spero appointed advisory counsel, Miles Ehrlich,

20 |       for Mr. Puckett in order to advise him on the issue of the retroactivity of the Fair

21 |       Sentencing Act.

22 | 3.    Mr. Ehrlich has met with Mr. Puckett on a number of occasions and continues to have

23 |       matters about which to advise him.

24 | 4.    Because Mr. Puckett has a pending motion for new counsel and is continuing to be

25 |       advised by Mr. Ehrlich, the probation office has not yet conducted his presentence report

26 |       interview.

CR-10-442 RS; STIP. AND
[PROPOSED] ORD. TO CONTINUE          1

1    5.      In order for Mr. Puckett to determine if he wishes to pursue his motion for new counsel

2            so that the appropriate attorney can be present for the presentence interview and in order

3            to provide the probation office with adequate time to conduct a presentence interview and

4            prepare a presentence report, the parties agree that a continuance of the sentencing date is

5            appropriate. Specifically, the parties are requesting the sentencing be continued to

6            February ~~1.~~ 8th, 2011 at 2:30 p.m.

7

8    IT IS SO STIPULATED.                                        /s/

9    November 24, 2010                         _____
                                               RITA BOSWORTH
10                                             Assistant Federal Public Defender

11                                                              /s/

12                                             _____
                                               KATHRYN HAUN
13                                             Assistant United States Attorney

14

15   IT IS SO ORDERED.

16
      11/24/10                                 _____
17   DATED                                     RICHARD SEEBORG
                                               United States District Judge

18

19

20

21

22

23

24

25

26