Miles F. Ehrlich (CSB 237954)
Amy E. Craig (CSB 269339)
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600
(510) 291-3060 fax
miles@ramsey-ehrlich.com
amy@ramsey-ehrlich.com

Attorneys for Defendant
*Christopher Puckett*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>　　　　Plaintiff;<br><br>　vs.<br><br>CHRISTOPHER PUCKETT,<br><br>　　　　Defendant. | Case No.: 10-CR-00442-RS<br><br>STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER TO CONTINUE HEARING<br><br>Court:　Judge Richard Seeborg<br>Date:　 January 28, 2014<br>Time:　 2:30 p.m.<br>Room:　Courtroom 3, 17th Floor |

-1-

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING
10-CR-00442-RS

The parties hereby stipulate and request that this Court continue the revocation of supervised release hearing in this matter from Tuesday, January 28, 2014 to Tuesday, April 29, 2014, at 2:30 p.m.  Mr. Puckett is presently in custody so he would not be able to appear in federal court for next week's scheduled hearing.  This continuance will allow sufficient time for pending state charges to be addressed and for the parties to engage in discussions regarding coming to an agreed-upon resolution in this matter.  The parties have contacted the Court Clerk and were informed that April 29, 2014 is an acceptable date to reschedule the hearing.

IT IS SO STIPULATED.

Dated:  January 24, 2014                                   Respectfully Submitted,

/s/
_____
Miles Ehrlich
Amy Craig
Ramsey & Ehrlich LLP
*Counsel to Christopher Puckett*


/s/
_____
Kathryn Haun
Assistant United States Attorney

IT IS SO ORDERED.

Dated:  1/24/14                                             [signature]
_____
RICHARD SEEBORG
United States District Judge

- 2 -

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING
10-CR-00442-RS