1   Miles F. Ehrlich (CSB 237954)
    Amy E. Craig (CSB 269339)
2   RAMSEY & EHRLICH LLP
3   803 Hearst Avenue
    Berkeley, CA 94710
4   (510) 548-3600
    (510) 291-3060 fax
5   miles@ramsey-ehrlich.com
6   amy@ramsey-ehrlich.com

7   Attorneys for Defendant
    *Christopher Puckett*
8

9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                    SAN FRANCISCO DIVISION
12

13
    UNITED STATES,                        Case No.: 10-CR-00442-RS
14
                  Plaintiff;
15                                         STIPULATION AND [~~PROPOSED~~] ORDER TO
          vs.                              CONTINUE HEARING
16
    CHRISTOPHER PUCKETT,
17                                         Court:   Judge Richard Seeborg
                  Defendant.               Date:    April 29, 2014
18                                         Time:    2:30 p.m.
                                           Room:    Courtroom 3, 17th Floor
19

20

21

22

23

24

25

26

27

28                                        -1-

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING
10-CR-00442-RS

1    The parties hereby stipulate and request that this Court continue the revocation of

2    supervised release hearing in this matter from Tuesday, April 29, 2014, at 2:30 p.m. to Tuesday,

3    June 10, 2014, at 2:30 p.m. Mr. Puckett is scheduled to go to trial on pending state charges the

4    week of May 12, 2014.  This continuance will allow sufficient time for pending state charges to

5    be adjudicated and for the parties to engage in discussions regarding coming to an agreed-upon

6    resolution in this matter.  The parties have consulted the Court's Calendar and dates of

7    unavailability in making this request.  It appears that June 10, 2014 is an acceptable date to

8    reschedule the hearing.

9

10          IT IS SO STIPULATED.

11

12
     Dated:  April 4, 2014                          Respectfully Submitted,
13
                                                         /s/
14                                                  _____
15                                                  Miles Ehrlich
                                                    Amy Craig
16                                                  Ramsey & Ehrlich LLP
                                                    *Counsel to Christopher Puckett*
17

18                                                       /s/
                                                    _____
19
                                                    Kathryn Haun
20                                                  Assistant United States Attorney

21

22          IT IS SO ORDERED.

23

24

25
     Dated: 4/9/14
26                                                  _____
                                                    RICHARD SEEBORG
27                                                  United States District Judge

28                                              - 2 -

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING
10-CR-00442-RS