Miles F. Ehrlich (CSB 237954)
Amy E. Craig (CSB 269339)
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600
(510) 291-3060 fax
miles@ramsey-ehrlich.com
amy@ramsey-ehrlich.com

Attorneys for Defendant
*Christopher Puckett*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff;<br><br>vs.<br><br>CHRISTOPHER PUCKETT,<br><br>    Defendant. | Case No.: 10-CR-00442-RS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE HEARING<br><br>Court:   Judge Richard Seeborg<br>Date:    June 10, 2014<br>Time:    2:30 p.m.<br>Room:   Courtroom 3, 17th Floor |

-1-

STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE HEARING
10-CR-00442-RS

1  The parties hereby stipulate and request that this Court continue the revocation of
2 supervised release hearing in this matter from Tuesday, June 10, 2014, at 2:30 p.m. to Tuesday,
3 September 9, 2014, at 2:30 p.m.  Mr. Puckett has not yet gone to trial on his pending state
4 charges.  That trial is currently scheduled to begin the first week of June, 2014.  A continuance
5 until September 9, 2014 will allow sufficient time for pending state charges to be adjudicated and
6 resolved and for the parties to engage in discussions regarding coming to an agreed-upon
7 resolution in this matter.  The parties have consulted the Court's Calendar and dates of
8 unavailability in making this request.  It appears that September 9, 2014 is an acceptable date to
9 reschedule the hearing.

IT IS SO STIPULATED.

Dated:  June 2, 2014

Respectfully Submitted,

/s/
_____
Miles Ehrlich
Amy Craig
Ramsey & Ehrlich LLP
*Counsel to Christopher Puckett*

/s/
_____
Kathryn Haun
Assistant United States Attorney

IT IS SO ORDERED.

Dated: 6/2/14

_____
RICHARD SEEBORG
United States District Judge

- 2 -

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING
10-CR-00442-RS