Miles F. Ehrlich (CSB 237954)
Amy E. Craig (CSB 269339)
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600
(510) 291-3060 fax
miles@ramsey-ehrlich.com
amy@ramsey-ehrlich.com

Attorneys for Defendant
*Christopher Puckett*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>            Plaintiff;<br><br>        vs.<br><br>CHRISTOPHER PUCKETT,<br><br>            Defendant. | Case No.: 10-CR-00442-RS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE HEARING<br><br>Court:    Judge Richard Seeborg<br>Date:     September 9, 2014<br>Time:    2:30 p.m.<br>Room:   Courtroom 3, 17th Floor |

- 1 -

The parties hereby stipulate and request that this Court continue the revocation of supervised release hearing in this matter from Tuesday, September 9, 2014, at 2:30 p.m. to Tuesday, January 13, 2015, at 2:30 p.m.  Mr. Puckett is currently in state custody stemming from the state charges that form the basis of the Form 12 filed by the Probation Office on March 17, 2014 (Dkt. # 84).  This week, at the Probation Office's request, this Court granted a warrant for Mr. Puckett's arrest.  Accordingly, Mr. Puckett will be transferred into federal custody following the conclusion of his pending state cases.  Defense counsel understands that Mr. Puckett may remain in state custody for at least the next ninety (90) days.

A continuance until January 13, 2014 will allow sufficient time for pending state charges to be resolved, for Mr. Puckett to be transferred to federal custody, and for the parties to engage in discussions regarding coming to an agreed-upon resolution in this matter.  The parties have consulted the Court's calendar and dates of unavailability in making this request.  It appears that January 13, 2015 is an acceptable date to reschedule the hearing.


IT IS SO STIPULATED.


Dated:  September 3, 2014                    Respectfully Submitted,

                                             /s/
                                             _____
                                             Miles Ehrlich
                                             Amy Craig
                                             Ramsey & Ehrlich LLP
                                             *Counsel to Christopher Puckett*


                                             /s/
                                             _____
                                             Kathryn Haun
                                             Assistant United States Attorney

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING
10-CR-00442-RS

1      IT IS SO ORDERED.

2

3

4  Dated: _9/4/14_____

5                             RICHARD SEEBORG

6                             United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                   - 3 -