Law Offices of
DENA MARIE YOUNG
State Bar Number 215344
740 4th Street, Second Floor
Santa Rosa, California 95404
Phone: (707) 528-9479
Fax: (707) 692-5314
E-Mail: dmyounglaw@gmail.com

Attorney for Defendant
CHRISTOPHER PUCKETT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-10-0442-RS |
| Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING SUPERVISED RELEASE VIOLATION HEARING |
| v. ) | |
| CHRISTOPHER PUCKETT, ) | |
| Defendant. ) | |

    Upon the request of the defendant, CHRISTOPHER PUCKETT, by and through defendant's counsel of record, DENA MARIE YOUNG, and the United States, and good cause appearing because there is no further status regarding state charges underlying the violation and the defendant has recently been assigned new defense counsel who is unavailable on the previously set date.

    The parties request that the presently scheduled supervised release violation hearing of January 5, 2016, be continued to January 19, 2016, at 2:30 in the afternoon.

    Dated: December 31, 2015

                                                /s/
                                    DENA MARIE YOUNG

                                    Attorney for Defendant
                                    CHRISTOPHER PUCKETT

IT IS SO STIPULATED.

Dated: December 31, 2015

/s/
KATHRYN HAUN
Assistant United States Attorney

ORDER

GOOD CAUSE APPEARING, the presently scheduled supervised release violation hearing of January 5, 2016, be continued to January 19, 2016, at 2:30 in the afternoon.

IT IS SO ORDERED.

Dated: 1/4/16

HON. RICHARD SEEBORG
U.S. District Judge
Northern District of California

2